# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, a Delaware corporation; *et al.*, <br><br> Defendants. | NO: 2:16-CV-7197-RHW <br><br> ORDER CLOSING FILE |

The parties have advised the Court that this case has been settled. Accordingly, **IT IS HEREBY ORDERED**:

1. This case is to be administratively **CLOSED** subject to reopening upon good cause shown. Counsel may file settlement documents without moving to reopen the file.

2. All pending motions are **DENIED AS MOOT**.

ORDER CLOSING FILE ~ 1

3. All court hearings scheduled, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order provide copies to counsel, and **CLOSE** this file.

**DATED** May 10, 2018.

*s/ Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

ORDER CLOSING FILE ~ 2